WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
KEN'S FOODS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY L. MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>KEN'S FOODS, INCORPORATED, a foreign Corporation; DOES I though X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No. 2:17-cv-01777-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, ANTHONY L. MORRISON and Defendant, KEN'S FOODS, INCORPORATED, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: December 27, 2017

Dated: December 27, 2017

Respectfully submitted,

Respectfully submitted,

/s/ Joshua Santeramo
WILLIAM MCGAHA, ESQ.
JOSHUA SANTERAMO, ESQ.
SCHUETZE & McGAHA, P.C.

Attorneys for Plaintiff
ANTHONY L. MORRISON

/s/ Wendy Medura Krincek
WENDY MEDURA KRINCEK, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
KEN'S FOODS, INC.

**IT IS SO ORDERED.**

Dated this 27th day of December, 20 17.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:151919888.1 082025.1003

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.